# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

TIMOTHY JARRELL

        Plaintiff,

v.                               CIVIL ACTION NO.  2:18-cv-00989

DAVE CASEBOLT, et al.,

        Defendants.

### MEMORANDUM OPINION AND ORDER

Pending before the court is Defendants Dave Casebolt, Steve Walker, Don Scurlock, Greg Young, and Robert Eggleton's ("Defendants") Motion to Enforce Settlement and for Costs and Sanctions Against Timothy Jarrell. [ECF No. 55]. After being advised that a settlement between the parties had been reached, this Court entered an order retiring this action from the active docket on July 8, 2019. [ECF No. 54]. An agreed order of dismissal was not submitted to the Court. It appearing to the Court that the matters within this case remain unresolved, the court will reinstate the matter to the active docket and issue a revised scheduling order. As such, Defendants' Motion to Enforce Settlement and for Costs and Sanctions Against Timothy Jarrell, [ECF No. 55], is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      December 2, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE